MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MALDONADO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:24-cv-01263-SKO<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 18, 2025 to March 20, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases next week. Counsel for Defendant will be out of the office February 14, 17, 18. Given upcoming leave and competing workload requirements an extension until March 20, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

                                              Respectfully submitted,

                                              MICHELE BECKWITH
                                              Acting United States Attorney

DATE: February 14, 2025        By:   *s/ Oscar Gonzalez de Llano*
                                              OSCAR GONZALEZ DE LLANO
                                              Special Assistant United States Attorney
                                              Attorneys for Defendant

                                              Respectfully submitted,

DATE: February 14, 2025        By:   *s/ Jonathan Omar Pena*
                                              Jonathan Omar Pena
                                              Pena and Bromberg, PC
                                              (*as authorized by email)
                                              Attorney for Plaintiff

<u>ORDER</u>

Pursuant to the parties' stipulated motion (Doc. 15),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including March 20, 2025, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **February 14, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE